IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-587-FDW-DCK

| | |
|---|---|
| **WILLIE D. GRIER,** | |
| **Plaintiff,** | **ORDER** |
| v. | |
| **PENNEY OPCO LLC,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Penney OpCo, LLC's "Consent Motion To Stay Pending Arbitration" (Document No. 7) filed September 5, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

By the instant motion, the remaining parties request that this matter stay open and be stayed pending an arbitration decision. (Document No. 7).[1] The parties agree that this matter should be submitted to arbitration pursuant to a binding arbitration agreement executed by the parties. Id.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion To Stay Pending Arbitration" (Document No. 7) is **GRANTED**. This matter is **STAYED**. The parties shall file a Joint Status Report on **December 5, 2024**, and **every ninety (90) days thereafter**, until a final arbitration decision is issued and reported to this Court.

---

[1] Plaintiff voluntarily dismissed Defendant JCPenney Corp., Inc. on August 21, 2024. (Document No. 5).

**SO ORDERED**.

Signed: September 5, 2024

_____
David C. Keesler
United States Magistrate Judge